**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                                           **PLAINTIFF**

        v.         Criminal No. 06-50061-001

**MATTHEW MORRELL**                                                                        **DEFENDANT**

**O R D E R**

Now on this 16th day of November, 2006, comes on for consideration defendant's **Unopposed Motion To Modify Release Conditions** (document #7), and the Court, being well and sufficiently advised, finds that said motion should be **granted in part and denied in part**.

The motion is **granted** to the extent that it requests that defendant be allowed to use the computer necessary to carry out his job responsibilities at EPC.

The motion is **denied** to the extent that it requests that defendant be allowed to use any computer to assist his daughter in doing her homework.

**IT IS SO ORDERED.**

                                                                   **/s/Jimm Larry Hendren**
                                                                   **JIMM LARRY HENDREN**
                                                                   **UNITED STATES DISTRICT JUDGE**